# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 4, 2018

## NO. 03-17-00035-CV

### Dr. Ruthie Harper and PLLG, LLC, Appellants

### v.

### Wellbeing Genomics Pty Ltd., Appellee

---

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND**
**AFFIRMED IN PART; REVERSED AND RENDERED IN PART**
**ON MOTION FOR REHEARING -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the judgment signed by the trial court on December 18, 2016. This Court's opinion and judgment dated April 4, 2018, are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in that portion of the trial court's judgment awarding appellee damages and attorney's fees on its breach-of-contract claim. Therefore, the Court reverses that portion of the trial court's judgment and renders judgment that appellee take nothing on its breach-of-contract claim. The Court affirms the judgment of the trial court in all other respects. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.